UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ATKINSON,

                Plaintiff,

      -against-                      20-CV-2147 (LLS)

IN THE MATTER OF THE STATE OF NEW      ORDER
YORK, *et al.*,

                Defendants.

LOUIS L. STANTON, United States District Judge:

      Plaintiff Anthony Atkinson, who is currently detained in the Manhattan Psychiatric Center, is proceeding *pro* se and *in forma pauperis.* By order dated April 3, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. On April 20, 2020, the Court received from Plaintiff a "motion to amend," which contains information he wishes to add to his original complaint. It is apparent from Plaintiff's submission that he had not received the Court's April 3, 2020 order when he submitted the April 20, 2020 motion. Plaintiff must still submit an amended complaint that addresses the deficiencies discussed in the Court's April 3, 2020 order. The Court grants Plaintiff an extension of time to comply with that order.

      Plaintiff is directed to file an amended complaint within sixty days of the date of this order. Because Plaintiff's amended complaint will completely replace, not supplement, the original complaint, any facts or claims that Plaintiff wishes to maintain must be included in the amended complaint. If Plaintiff fails to comply within the time allowed and cannot show good cause to excuse such failure, the action will be dismissed.

This order will be mailed in chambers.

SO ORDERED.

Dated: May 7, 2020
New York, New York

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.